# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS, | Case No. 1:14-cv-00131 DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| v. | (Document 9) |
| M. D. BITER, | |
| Defendant. | |

Plaintiff Quincy Sims ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 30, 2014.[1]

On May 27, 2014, the Court screened Plaintiff's complaint and found that it stated a claim against Defendant Biter for violation of the First Amendment. The Court ordered Plaintiff to complete and return service documents.

On June 9, 2014, after Plaintiff filed his service documents, the Court ordered the United States Marshal to initiate service.

On August 18, 2014, Plaintiff filed a request for entry of default, stating that more than twenty days have passed since Defendant was supposed to be served.

There is no evidence in the record that service has been effected, however, which triggers Defendant's legal obligation to respond to Plaintiff's complaint. Fed. R. Civ. P. 4(d), (e); Fed. R.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 24, 2014.

1 | Civ. P. 55(a).  Indeed, Defendant has an opportunity to waive service of the summons and
2 | complaint, and should he elect to waive service, he has sixty days from the date set forth in the
3 | waiver to file a response.  Fed. R. Civ. P. 4(d); ECF No. 8, at 2.
4 |      Plaintiff's motion is therefore premature and it is HEREBY DENIED.  Fed. R. Civ. P.
5 | 55(a).

IT IS SO ORDERED.

   Dated:   **August 25, 2014**              /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE