# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS, | Case No. 1:14-cv-00131 AWI DLB |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT |
| v. | |
| M. D. BITER, | (Document 30) |
| Defendant. | |

Plaintiff Quincy Sims ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 30, 2014. On April 3, 2015, the action was dismissed with prejudice. 28 U.S.C. § 1915(e). On May 1, 2015, Plaintiff filed a notice of appeal and a motion seeking leave to proceed in forma pauperis on appeal.

Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated: __May 4, 2015__                           /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE